United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELE O'HANLON,<br>　　　　Plaintiff,<br>　v.<br>24 HOUR FITNESS USA, INC.,<br>　　　　Defendant. | Case No.　15-cv-01821-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 09/03/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Class Certification Hearing | 04/21/2016 at 9:00 am |
| Last Day to Hear Dispositive Motions | 01/12/2017 at 9:00 am |
| Final Pretrial Conference | 03/16/2017 at 1:30 pm |
| Trial | 04/10/2017 at 9:00 am |

1 IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3 IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5 IT IS FURTHER ORDERED THAT the parties are to meet, confer, and file a stipulated
6 proposed schedule regarding dates and deadlines for class certification and a briefing schedule on
7 summary judgment.

Dated:  09/03/2015

_____
BETH LABSON FREEMAN
United States District Judge