1    Aaron D. Radbil (*pro hac vice*)
2    GREENWALD DAVIDSON RADBIL PLLC
     106 East Sixth Street, Suite 913
3    Austin, Texas 78701
     Phone: (512) 322-3912
4    Fax: (561) 961-5684
     aradbil@gdrlawfirm.com
5
6    Debbie P. Kirkpatrick
     SESSIONS, FISHMAN, NATHAN &
7    ISRAEL, L.L.P.
     1545 Hotel Circle South, Ste 150
8    San Diego, CA 92108
     Tel: 619/758-1891
9    Fax: 619/296-2013
     dkirkpatrick@sessions-law.biz
10

APPROVED

Beth Labson Freeman

Judge Beth Labson Freeman

11              IN THE UNITED STATES DISTRICT COURT
12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13   Michele O'Hanlon, *on behalf of herself*  )   Case No. 5:15-cv-01821—BLF
     *and others similarly situated*,          )
14                                             )   STIPULATED SCHEDULE
                                               )   REGARDING DATES AND
15   Plaintiff,                                )   DEADLINES FOR CLASS
                                               )   CERTIFICATION AND BRIEFING
16            vs.                              )   SCHEDULE FOR SUMMARY
                                               )   JUDGMENT
17   24 Hour Fitness USA, Inc.,                )
                                               )
18   Defendant.                                )
19   _____         )

20           1.     On September 3, 2015, this Court ordered that "the parties are to meet,

21   confer, and file a stipulated proposed schedule regarding dates and deadlines for

22   class certification and a briefing schedule on summary judgment." Doc. 26 at 2.

23           2.     The parties accordingly stipulate that:

24

                                               1

- Plaintiff will file her motion for class certification on or before February 18, 2016; Defendant will file its response to Plaintiff's motion for class certification on or before March 24, 2016; and Plaintiff will file her reply in support of her motion for class certification on or before April 7, 2016.

- In line with their previously filed joint case management statement, the parties will designate experts relating to issues of class certification on or before January 8, 2016.

- Per this Court's September 3, 2015 order, a hearing on Plaintiff's motion for class certification will be held on April 21, 2016, at 9:00 am.

- The parties will file motions for summary judgment on or before November 10, 2016; the parties will file responses to summary judgment motions on or before December 8, 2016; and the parties will file replies in support of motions for summary judgment on or before December 22, 2016.

- Per this Court's September 3, 2015 order, the last day to hear dispositive motions is January 12, 2017 at 9:00 am.

Dated: September 22, 2015        Respectfully Submitted,

                                 /s/ Aaron D. Radbil
                                 Aaron D. Radbil (*pro hac vice*)

                                 /s/ Debbie P. Kirkpatrick, Esq.
                                 Debbie P. Kirkpatrick, Esq.

## E-FILER'S ATTESTATION

I obtained the concurrence of Ms. Kirkpatrick to file the foregoing.

                                 /s/ Aaron D. Radbil
                                 Aaron D. Radbil

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was file electronically on September 22, 2015, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

                                 /s/ Aaron D. Radbil
                                 Aaron D. Radbil