United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MICHELE O'HANLON,<br><br>Plaintiff,<br><br>v.<br><br>24 HOUR FITNESS USA, INC.,<br><br>Defendant. | Case No. 15-cv-01821-BLF<br><br>**ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT; AND VACATING HEARING**<br><br>[Re: ECF 42] |

The Motion to Stay that was noticed for hearing on March 3, 2016 is hereby SUBMITTED without oral argument; the hearing is VACATED. *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: February 26, 2016

_____
BETH LABSON FREEMAN
United States District Judge