Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michele O'Hanlon, *on behalf of herself and others similarly situated*, <br><br>Plaintiff, <br><br>vs. <br><br>24 Hour Fitness USA, Inc., <br><br>Defendant. <br>_____ | Case No. 5:15-cv-01821-BLF <br><br>STIPULATION TO DISMISS AND [PROPOSED] ORDER |

Michele O'Hanlon ("Plaintiff") and 24 Hour Fitness USA, Inc., hereby stipulate and request an order dismissing this case in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1). The claims alleged on behalf of Plaintiff as an individual will be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: November 2, 2016

/s/ Aaron D. Radbil
Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Tel: (512) 322-3912

1

Fax: (561) 961-5684
aradbil@gdrlawfirm.com
Attorney for Plaintiff

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA 92108
Tel: 619/758-1891
Fax: 619/296-2013
dkirkpatrick@sessions.legal
Attorney for Defendant

**E-FILER'S ATTESTATION**

I obtained the concurrence of Ms. Kirkpatrick to file the foregoing.

/s/ Aaron D. Radbil
Aaron D. Radbil

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                        Hon. Beth Labson Freeman
                                        United States District Judge